1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  Fax: (702) 388-6787
   Daniel.Hollingsworth@usdoj.gov
7  *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-CR-00396-APG-PAL |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **Motion to Withdraw as Forfeiture Attorney** |
| HARVEY ORTEGA, JR., aka "Chivo" or "Lil Harvey", GERARDO ORTEGA, aka "Lalo", JUAN FRANCISCO ORTEGA-DAVILLA, aka "Kiko", VICENTE ASCENCIO, aka "Topo", OMAR GAMEZ, aka "Gonzo", STEVE YOST, JORDAN CHAFFIN, and MARIA SANCHEZ, aka "Shorty", | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because

/ / /

/ / /

/ / /

/ / /

/ / /

forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: November 7, 2025.

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

IT IS SO ORDERED:

Dated: November 12, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2